# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JIMMY SHANE CANTRELL**                                                              **PLAINTIFF**
**ADC # 98730**

V.                          Case No.  5:05CV00157-JMM-BD

**MIKE HUCKABEE,** *et al.*                                                            **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere.  The parties have not filed any objections.  After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Plaintiff's action against the John Doe defendant is DISMISSED without prejudice.

IT IS SO ORDERED, this   21   day of   May  , 2007.


_____
UNITED STATES DISTRICT JUDGE