## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JIMMY SHANE CANTRELL**                                                    **PLAINTIFF**
**ADC # 98730**

**V.**                              **NO. 5:05CV00157-JMM/BD**

**MIKE HUCKABEE, ET AL.**                                              **DEFENDANTS**


### ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere.  The parties have not filed any objections.  After careful review of the Partial Recommended Disposition, as well as a  *de novo* review of the record,  the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Defendants' Motion for Summary Judgment (#99) is GRANTED IN PART, and DENIED IN PART.  All claims against Separate Defendant Mike Huckabee are dismissed with prejudice.  Plaintiff may proceed on his claims against Defendants Larry Norris, Ray Hobbs, Larry May, Grant Harris, and Tim Moncrief in their individual capacities.

IT IS SO ORDERED, this 7th day of July, 2008.


_____
UNITED STATES DISTRICT JUDGE