IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY SHANE CANTRELL                                                                PLAINTIFF

V.                                        NO.  5:05cv00157 JMM/BD

LARRY NORRIS, et al                                                               DEFENDANTS

ORDER

Appointed counsel, Jeff Rosenzweig's, motion for reconsideration of the order denying his motion to withdraw as counsel (DE #129) is granted.  After considering the additional information provided and for good cause shown, the motion to withdraw is granted.  The jury trial scheduled June 23, 2009, is canceled.  The case will be reset by separate order.

The Court has previously determined that this case warrants the appointment of counsel. Accordingly, pursuant to 28 U.S.C. § 1915(e)(1)  and Local Rule 83.7, Frederick S. Wetzell, III, 200 North State Street, Suite 200, Little Rock, Arkansas 72201 (501.663.0535), is appointed to represent Plaintiff in all further proceedings.

The Clerk of Court is directed to send counsel and Plaintiff a copy of this Order. Counsel is directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).  Counsel is further advised that he is not permitted to withdraw from appointment on the basis of financial contribution to legal service organizations. See March 15, 2007, rescission of General Order No. 35.

If counsel does not intend to file a motion to withdraw pursuant to Local Rule 83.7

he is directed to immediately contact Mr. Rosenzweig (501.372.5247) to obtain his copy of the file and all other pertinent documents regarding this case.

**Plaintiff must keep counsel informed of any changes in address, maintain contact with counsel and cooperate fully with counsel in preparation of the case. Failing to do so may result in dismissal of the case with prejudice for failure to comply with Court orders.**

IT IS SO ORDERED this 11th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE