**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JIMMY SHANE CANTRELL**
**ADC # 98730**                                                                                               **PLAINTIFF**

**V.**                                            **5:05CV00157 JMM**

**MIKE HUCKABEE, Governor of Arkansas, et al**                              **DEFENDANTS**

## ORDER

Pending is the Plaintiff's Motion for Reconsideration of the April 9, 2010 Order of United States Magistrate Judge Beth Deere denying Plaintiff's Motion to Appoint New Counsel. For the reasons stated in Judge Deere's Order, the Motion for Reconsideration (Docket # 149) is DENIED. The Clerk is directed to send a copy of this Order to Plaintiff at EARU POB #180, Brickeys, Arkansas 72320.

IT IS SO ORDERED this 9th day of June, 2010.

_____
James M. Moody
United States District Judge