IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY SHANE CANTRELL, ADC #98730                                    PLAINTIFF

Vs.                            CASE NO. 5:05cv00157 JMM/BD

LARRY NORRIS,
RAY HOBBS,
LARRY MAY,
GRANT HARRIS and
TIM MONCRIEF (originally sued as T. Moncrief)                       DEFENDANTS

ORDER

The Clerk is directed to change the style of the case to indicate Defendant Moncrief's complete name.

IT IS SO ORDERED THIS 21st day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE