IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY SHANE CANTRELL,                                                              PLAINTIFF
ADC #098730

Vs.                           CASE NO. 5:05cv00157   JMM

LARRY NORRIS, et al                                                                DEFENDANTS

## ORDER

The above case is scheduled for jury trial Monday, July 19, 2010, Richard Sheppard Arnold United States Courthouse, #4A, 500 West Capitol Avenue, Little Rock, Arkansas.

Based on the Pretrial Information Sheets the parties have identified the plaintiff and defendants as witnesses. Therefore, the Arkansas Department of Correction is directed to ensure the attendance of the defendants Larry Norris, Ray Hobbs, Grant Harris, Larry May and Tim Moncrief and the plaintiff Jimmy Shane Cantrell, East Arkansas Maximum Unit (ADC #098730) at the trial of this matter on **Monday, July 19, 2010**, at 8:30 a.m. and each day thereafter until the trial is concluded.

The Arkansas Department of Correction is further directed to send with the plaintiff his complete institutional and medical files.

IT IS SO ORDERED this 21st June, 2010.

*[signature]*
UNITED STATES DISTRICT JUDGE