**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JIMMY SHANE CANTRELL
ADC # 98730                                                                                    PLAINTIFF

V.                                          5:05CV00157 JMM

LARRY NORRIS, Warden, ADC,
RAY HOBBS, Assistant Director, ADC,
LARRY MAY, Assistant Director, ADC,
GRANT HARRIS, Warden, Varner Unit,
TIM MONCRIEF, also known as
T. MONCRIEF                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Court's findings of facts and conclusions of law set forth in an Order entered this date, Judgment is entered in favor of the Defendants. The Clerk is directed to close the case.

DATED this 1st day of October, 2010.

_____
James M. Moody
United States District Judge